UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWIN BARBOSA-VIZCARRONDO | Crim. No. 20-279 (AET)<br><br>**DETENTION ORDER** |

    This matter having been opened to the Court on motion of the United States, by Rachael Honig, Acting United States Attorney for the District of New Jersey (Eric Suggs, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant because he poses a risk of flight; and the Court finding that, at this time, there are no conditions or combination of conditions that will ensure the defendant's appearance in court, but that defendant reserves his right to seek pre-trial release at a later date; and for good cause shown:

    IT IS, therefore, on this __7th__ day of October, 2021,

    ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the defendant, Edwin Barbosa-Vizcarrondo, be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

    ORDERED that such detention be without prejudice to the defendant's right to seek pre-trial release pursuant to Title 18, United States Code, Section 3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge